UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TWAF HAILE, et al <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL POMPEO, et al <br><br> Defendants. | Civil Action <br> No. 20-10263-PBS |

### ORDER OF DISMISSAL

Saris, D.J.

In accordance with the Court's Order, dated September 10, 2020 (Dkt. No. 26), it is hereby ORDERED, that the above-entitled action is dismissed.

9/10/2020
Date

By the Court,

/s/ Casey Baker
Deputy Clerk